| AO 93 | (Rev. 12/03) Search Warrant |

# UNITED STATES DISTRICT COURT

| | District of | Alaska |

| In the Matter of the Search of | |
| (Name, address or brief description of person or property to be searched) | |

**SEARCH WARRANT**

Express Mail parcel EI268433739US bearing meter strip number 00017623-13 for the amount of $28.00, addressed to "Gary Enmon, PO Box 877490, Wasilla, Alaska 99687," from "949 N Reoere, Mesa, AZ 85201."

Case Number: 03-12-MJ-00 279- DMS

TO: ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) or any Authorized Officer of the United States

Affidavit(s) having been made before me by Kimberly E. Dallas (Affiant) who has reason to believe

that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at 341 W Tudor Rd., Suite 208, Anchorage, AK 99503.

in the | District of | Alaska | there is now concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before Sept. 25, 2012
Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to

Deborah Smith
U.S. Magistrate Judge (Rule 41 (f)(4))

as required by law.

2:56 pm 9/11/12 at Anchorage, AK
Date and Time Issued / U.S. Magistrate Judge — City and State

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

Name and Title of Judge — Signature of

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | 03-12-MJ-00 279-DMS |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |
| 9/11/12 | 9/11/12 3:31 PM | | |
| INVENTORY MADE IN THE PRESENCE OF | | | |
| Postal Inspector Brian Coleman | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Twenty-five (25) peach oval pills imprinted b973/20 identified as Adderall a scheduled II controlled substance one express mail pacel containing a priority mail envelope, a prescription bottle and a paper towel.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SIGNATURE REDACTED

Kim[...] — USPIS

Subscribed, sworn to, and returned before me this date.

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED
Signature of Judge

Date: 10/4/12